**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ENRIQUE ALVEAR,

Plaintiff,

v. Case No. 8:24-cv-01940-KKM-TGW

JACKIE Z STYLE CO., ST PETE. LLC,
a Florida limited liability company,

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09 the Parties hereby submit this Joint Notice of Settlement and advise the Court that the parties have reached a tentative settlement subject to the documents being signed by the respective clients.

Dated: October 16, 2024

*Counsel for Plaintiff*

By: */s/ Roderick Hannah*
Pelayo M. Duran, Esq.
Law Office Of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126
Tel. (305) 266-9780
duranandassociates@gmail.com

and

Roderick V. Hannah, Esq.
4800 N. Hiatus Road
Sunrise, FL 33351
Tel. (954) 362-3800
rhannah@rhannahlaw.com

*Counsel for Defendant*

By: */s/ David Delrahim*
David Delrahim, Esq.
Shumaker, Loop & Kendrick, LLP
100 2nd Ave S., # 902-S
St. Petersburg, FL 33701
Tel. (727) 288-9501
ddelrahim@shumaker.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will give notice to all the parties.

Respectfully submitted,

By: */s/ David Delrahim*

David Delrahim, Esq.
Shumaker, Loop & Kendrick, LLP
100 2nd Ave S., # 902-S
St. Petersburg, FL 33701
Tel. (727) 288-9501
ddelrahim@shumaker.com